UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GREG CORBIN & GALYA CORBIN, Plaintiffs, | : | 26 Civ. 5840 (LGS) |
| -against- | : | **ORDER** |
| CHANA RINGEL, Defendant. | : | |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Defendant removed this action on July 9, 2026, and filed a Motion to Dismiss the Second, Third, Fourth and Fifth Causes of Action asserted in the Complaint.

WHEREAS, the undersigned's Individual Rules III.A.1 and III.C.2 require that a movant file a pre-motion letter prior to filing a motion to dismiss. It is hereby

**ORDERED** that the Motion to Dismiss is **DENIED** without prejudice to renewal. By **July 20, 2026**, Defendant shall file a pre-motion letter in accordance with the Individual Rules. If Plaintiffs have not appeared by that date, Defendant shall contemporaneously file proof of service of the pre-motion letter and this Order on Plaintiffs.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 5.

Dated: July 13, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE