UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GREG CORBIN et al., Plaintiffs, | | 26 Civ. 5840 (LGS) |
| -against- | | ORDER |
| CHANA RINGEL, Defendant. | | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered July 13, 2026, directed the parties to file a joint status letter and proposed case management plan by August 25, 2026.

WHEREAS, the parties failed to file the directed materials.

WHEREAS, the initial pretrial conference is currently scheduled for September 1, 2026.

It is hereby

**ORDERED** that the parties shall file the letter and case management plan as soon as possible and no later than **August 27, 2026**.

Dated: August 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE