UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREG CORBIN et al.,
Plaintiffs,

-against-

CHANA RINGEL,
Defendant.

26 Civ. 5840 (LGS)

ORDER

---

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference was held on September 1, 2026. As discussed at the conference, it is hereby

**ORDERED** that, by **September 4, 2026**, Plaintiffs shall file a letter advising whether they agree to dismiss voluntarily Counts II through V of the Complaint. It is further

**ORDERED** that, by **September 15, 2026**, the parties shall file a joint letter advising on the status of settlement and stating whether the parties agree to a referral for settlement discussions, and if so, whether to the Court-annexed Mediation Program or to Magistrate Judge Stewart D. Aaron, who is designated to handle matters referred in this case.

Dated: September 2, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**