UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GREG CORBIN et al., Plaintiffs, | : | 26 Civ. 5840 (LGS) |
| -against- | : | ORDER |
| CHANA RINGEL, Defendant. | : | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order entered September 2, 2026, directed the parties, by November 2, 2026, to file a joint status letter, as outlined in Individual Rule III.D.3.

WHEREAS, the parties failed to file the joint status letter. It is hereby

**ORDERED** that, as soon as possible and by no later than **November 6, 2026**, the parties shall file the joint status letter.

Dated: November 3, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE